IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA J. HOPPE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA - DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>Defendant. | **4:25CV3156**<br><br><br>**AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that Defendant's unopposed motion to extend is granted as set forth herein. (Filing No. 25). The unexpired deadlines in the final progression order are amended as follows:

1)   The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for **June 9, 2026**, at **10:00 a.m**. is **<u>continued</u>** and will be held with the undersigned magistrate judge on **August 11, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)   The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 27, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 10, 2026.

**Note:** A discovery motion (including a motion to compel, to quash, or for a disputed protective order, or any motion regarding the scope and production of ESI) cannot be filed without first: a) thoroughly discussing the issue with opposing counsel in good faith (NECivR 7.1(j)); and then b) contacting the

chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute. The failure to contact the court prior to filing a discovery motion may result in an order striking the motion.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):          July 27, 2026.
>
> For the defendant(s):          August 24, 2026.
>
> Plaintiff(s)' rebuttal:        September 8, 2026.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):          August 24, 2026.
>
> For the defendant(s):          September 25, 2026.
>
> Plaintiff(s)' rebuttal:        October 13, 2026.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is November 23, 2026.

>   a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.
>
>   b. Depositions will be limited by Rule 30(d)(1).

6) The deadline for filing motions to dismiss and motions for summary judgment is January 5, 2027.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 15, 2027.[2]

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

[2] The court does not find an extension of the *Daubert* deadline is necessary at this time as there is sufficient time following the extended expert disclosure and deposition deadlines to

8)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)     Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 27th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge

---

prepare and file motions to exclude. The court may consider a future motion to extend upon showing of good cause.